Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Charles A. McCoy* for petitioner. No appearance for respondent.

No. 573. WILLIAM G. BENHAM AND DWIGHT HARRISON *v.* UNITED STATES. November 1, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Robert R. Nevin* and *Smith W. Bennett* for petitioners. *Solicitor General Mitchell, Assistant Attorney General Luhring,* and *Mr. Harry S. Ridgely* for the United States.

No. 576. WILLIAM F. WILLIAMS AND FRANK E. LYMAN, COMMISSIONERS OF PUBLIC WORKS, ETC. *v.* GENERAL OUTDOOR ADVERTISING COMPANY, INC., O. J. GUDE COMPANY, THOMAS CUSACK COMPANY ET AL. November 1, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Jay R. Benton* for petitioners. *Messrs. Lowell A. Mayberry* and *Robert Gallagher* for respondents.

No. 578. HENDERSON COUNTY, TENNESSEE, *v.* SOVEREIGN CAMP, WOODMEN OF THE WORLD. November 1, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. J. A. Fowler* for petitioner. *Mr. Charles Claflin Allen, Jr.,* for respondent.

No. 584. GEORGE LANGSTAFF *v.* ROBERT H. LUCAS, COLLECTOR OF INTERNAL REVENUE. November 1, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Charles K. Wheeler* for petitioner. *Solicitor General Mitchell, As-*

*sistant Attorney General Willebrandt,* and *Messrs. Sewall Key,* and *A. W. Gregg* for respondent.

---

No. 585. A. I. Winsett, Nathan Kendall, Charles E. Walker et al. *v.* H. J. Spurway, Receiver of The Tucson National Bank. November 1, 1926. Petition for a writ of certiorari to the Supreme Court of the State of Arizona denied. *Mr. Frank E. Curley* for petitioners. *Mr. Francis M. Hartman* for respondent.

---

No. 586. M. Wehby, John Joseph, Raf R. Flores et al. *v.* H. J. Spurway, Receiver of The Tucson National Bank. November 1, 1926. Petition for a writ of certiorari to the Supreme Court of the State of Arizona denied. *Mr. Frank E. Curley* for petitioners. *Mr. Francis M. Hartman* for respondent.

---

No. 587. State of Montana *v.* Sunburst Refining Company. November 1, 1926. Petition for a writ of certiorari to the Supreme Court of the State of Montana denied. *Mr. L. A. Foot* for petitioner. *Mr. George E. Hurd* for respondent.

---

No. 588. Federal Life Insurance Company *v.* Mrs. Jennie M. Rascoe. November 1, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Thomas J. Tyne* and *James C. Jones* for petitioner. *Messrs. W. H. Washington* and *Edwin A. Price* for respondent.

---

No. 590. Gordon Campbell *v.* United States. November 1, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied.